UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GABRIEL BUSH                                                                                    PETITIONER

VS.                              No. 2:19-CV-00086-JM-JTR

DEWAYNE HENDRIX, Warden,
FCI – Forrest City Low                                                                        RESPONDENT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 1st day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE