UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GABRIEL BUSH                                                                               PETITIONER

VS.                                   No. 2:19-CV-00086-JM-JTR

DEWAYNE HENDRIX, Warden,
FCI – Forrest City Low                                                                     RESPONDENT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 1st day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE